1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439) SEALED BY COURT ORDER

3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney

5

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
       Telephone: (510) 637-3918

7      Fax: (510) 637-3724
       robert.leach@usdoj.gov

8  Attorneys for United States of America

9

                        **FILED**

                        JAN 22 2019

                        SUSAN Y. SOONG
                        CLERK, U.S. DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          **CR  19      040    WHO**

14         Plaintiff,              )   UNITED STATES' APPLICATION AND
                                    )   [PROPOSED] ORDER TO SEAL INDICTMENT
15     v.                          )   AND ARREST WARRANTS
                                    )
16  AHMAD WAGAAFE HARED and         )
    MATTHEW GENE DITMAN,            )
17                                  )
           Defendants.             )
18  _____)

19         The United States respectfully applies for an order that the indictment and arrest warrants in this

20  matter, and this application and any resulting order, be sealed until further order of the Court. These

21  documents relate to an ongoing criminal investigation that is neither public nor fully known to all of the

22  subjects of the investigation. Sealing is necessary to effectuate the arrest or surrender of the defendants.

23  Accordingly, there is good cause to seal these documents because their premature disclosure may

24  seriously jeopardize the investigation.

25  Dated: January 22, 2019          Respectfully submitted,

26                                   DAVID L. ANDERSON
                                     United States Attorney

27

28                                   ROBERT S. LEACH
                                     Assistant United States Attorney

APPLIC. AND [PROPOSED] SEALING ORDER        1

## [PROPOSED] SEALING ORDER

On application of the United States, and good cause appearing, the Court HEREBY ORDERS that the indictment and arrest warrants in this matter and this application and any resulting order shall be sealed until further order of the Court. The United States Attorney's Office may share the indictment and arrest warrants with law enforcement personnel necessary to effect the arrest or surrender of the defendants.

IT IS SO ORDERED.

Dated: 1/22/19

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

APPLIC. AND [PROPOSED] SEALING ORDER          1