1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       Email:  Robert.Leach@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            ) Case No. CR 19-040 WHO
                                         )
14         Plaintiff,                    ) STIPULATION TO EXCLUDE TIME FROM
                                         ) APRIL 4, 2019 TO JUNE 13, 2019 AND
15     v.                                ) [PROPOSED] ORDER
                                         )
16  AHMAD WAGAAFE HARED &                )
    MATTHEW GENE DITMAN,                 )
17                                       )
           Defendants.                   )
18                                       )

19      It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendants, Ahmad Wagaafe Hared and Matthew Gene Ditman, that time be excluded under the Speedy

21  Trial Act from April 4, 2019 through June 13, 2019.

22      At the status conference held on April 4, 2019, the government and counsel for the defendants

23  agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to

24  prepare, including by reviewing the discovery already produced.  For this reason and as further stated on

25  the record at the status conference, the parties stipulate and agree that excluding time until June 13,

26  2019, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

27  parties further stipulate and agree that the ends of justice served by excluding the time from April 4,

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO. CR 19-040 WHO

2019, through June 13, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: May 7, 2019                                      DAVID L. ANDERSON
                                                                          United States Attorney

                                                                          /s/
                                                                          _____
                                                                          ROBERT S. LEACH
                                                                          Assistant United States Attorney

DATED: May 7, 2019                                      ATTORNEYS FOR FREEDOM LAW FIRM

                                                                          /s/
                                                                          _____
                                                                          ANDREW C. MARCANTEL
                                                                          Attorney for Defendant Ahmad Wagaafe Hared

DATED: May 7, 2019                                      STEVEN KALAR
                                                                          Federal Public Defender

                                                                          /s/
                                                                          _____
                                                                          GABRIELA BISCHOF
                                                                          Attorney for Defendant Matthew Ditman

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on April 4, 2019, and for good cause shown, the Court finds that failing to exclude the time from April 4, 2019, through June 13, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 4, 2019, to June 13, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 4, 2019 through June 13, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:_____                              _____
                                                                          THE HONORABLE WILLIAM ORRICK III
                                                                          United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO. CR 19-040 WHO