DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-040 WHO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM JUNE 13, 2019 TO JUNE 20, 2019 AND [PROPOSED] ORDER |
| v. | |
| AHMAD WAGAAFE HARED & MATTHEW GENE DITMAN, | |
| Defendants. | |

**STIPULATION**

WHEREAS, on January 22, 2019, an indictment was filed charging the defendants with one count of conspiracy to commit computer fraud and abuse, in violation of 18 U.S.C. § 1030(b); one count of threatening damage to a protected computer, in violation of 18 U.S.C. § 1030(a)(7); one count of interstate communications with intent to extort, in violation of 18 U.S.C. § 875(d); one count of conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2); and one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A;

WHEREAS, the defendants initially appeared before the District Court on April 4, 2019, for status;

1  WHEREAS, the Court set a further status conference for June 13, 2019, and ordered that the time from April 4, 2019, through June 13, 2019, shall be excluded from computation under the Speedy Trial Act;

WHEREAS, the undersigned counsel for the government recently has been requested to travel out of the district between June 12 and 14 for interviews in another matter that require substantial coordination among witnesses, agents, and others;

WHEREAS, counsel for the parties have conferred and agree that the June 13, 2019 status conference may be moved one week to June 20, 2019;

WHEREAS, counsel for the parties agree that time be excluded under the Speedy Trial Act from June 13, 2019, through June 20, 2019, so that defense counsel can continue to prepare, including by reviewing the discovery already produced;

THEREFORE, the parties stipulate and agree, and respectfully request that the Court order, that the status conference currently scheduled for June 13, 2019, be continued to June 20, 2019, at 1:30 p.m. The parties stipulate and agree that excluding time until June 20, 2019, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from June 13, 2019, through June 20, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: May 29, 2019                    DAVID L. ANDERSON
                                       United States Attorney

                                       /s/
                                       _____
                                       ROBERT S. LEACH
                                       Assistant United States Attorney

DATED: May 29, 2019                    ATTORNEYS FOR FREEDOM LAW FIRM

                                       /s/
                                       _____
                                       ANDREW C. MARCANTEL
                                       Attorney for Defendant Ahmad Wagaafe Hared

STIPULATION TO CONTINUE STATUS CONFERENCE & EXCLUDE TIME & [PROPOSED] ORDER
CASE NO. CR 19-040 WHO                  2

| | | |
|---|---|---|
| 1 | DATED: May 29, 2019 | STEVEN KALAR<br>Federal Public Defender |
| 2 | | |
| 3 | | /s/<br>_____ |
| 4 | | GABRIELA BISCHOF<br>Attorney for Defendant Matthew Ditman |

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, the status conference currently scheduled for June 13, 2019, shall be continued to June 20, 2019, at 1:30 p.m. The Court finds that failing to exclude the time from June 13, 2019, through June 20, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 13, 2019, through June 20, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 13, 2019, through June 20, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____
THE HONORABLE WILLIAM ORRICK III
United States District Judge

STIPULATION TO CONTINUE STATUS CONFERENCE & EXCLUDE TIME & [PROPOSED] ORDER
CASE NO. CR 19-040 WHO               3