UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** June 20, 2019  **Time:** 3 minutes 1:44 p.m. to 1:47 p.m.  **Judge:** WILLIAM H. ORRICK

**Case No.:** 19-cr-00040-WHO  **Case Name:** UNITED STATES v. Hared

**Attorney for Plaintiff:**  Robert Leach
**Attorneys for Defendants:**  Gabriela Bischof for **Matthew Gene Ditman** – present, on bond
Andrew Marcantel for **Ahmad Wagaage Hared** – present, on bond

**Deputy Clerk:** Jean Davis  **Court Reporter:** Marla Knox
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference. Voluminous discovery has been produced by the government that will require additional time for defense review.

**CASE CONTINUED TO:** September 26, 2019 at 1:30 p.m. for further Status Conference

**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       June 20, 2019
Ends         September 26, 2019