DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Email: Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-040 WHO |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM JUNE 20, 2019, TO SEPTEMBER 26, 2019 AND [PROPOSED] ORDER |
| v. | |
| AHMAD WAGAAFE HARED & MATTHEW GENE DITMAN, | |
| Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendants, Ahmad Wagaafe Hared and Matthew Gene Ditman, that time be excluded under the Speedy Trial Act from June 20, 2019, through September 26, 2019.

At the status conference held on June 20, 2019, the government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until September 26, 2019, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 20,

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO. CR 19-040 WHO

1  2019, through September 26, 2019, from computation under the Speedy Trial Act outweigh the best

2  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

3        IT IS SO STIPULATED.

4  DATED: June 24, 2019                    DAVID L. ANDERSON
                                            United States Attorney
5
                                                   /s/
6                                           _____
                                            ROBERT S. LEACH
7                                           Assistant United States Attorney

8  DATED: June 24, 2019                    ATTORNEYS FOR FREEDOM LAW FIRM

9                                                  /s/
                                            _____
10                                          ANDREW C. MARCANTEL
                                            Attorney for Defendant Ahmad Wagaafe Hared
11
    DATED: June 24, 2019                    STEVEN KALAR
12                                          Federal Public Defender

13                                                 /s/
                                            _____
14                                          GABRIELA BISCHOF
                                            Attorney for Defendant Matthew Ditman

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on June 20, 2019, and for good cause shown, the Court finds that failing to exclude the time from June 20, 2019, through September 26, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 20, 2019, through September 26, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 20, 2019, through September 26, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE WILLIAM ORRICK III
United States District Judge