UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 26, 2019  **Time:** 19 minutes  **Judge:** WILLIAM H. ORRICK
2:40 p.m. to 2:59 p.m.

**Case No.:** 19-cr-00040-WHO-1  **Case Name:** UNITED STATES v. Hared

**Attorney for Plaintiff:**  Robert Leach
**Attorney for Defendant:**  Andrew Marcantel
Defendant **Ahmad Wagaafe Hared** – present, on bond

**Deputy Clerk:** Jean Davis  **Court Reporter:** Katherine Sullivan
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for scheduled change of plea hearing. A written, fully executed Plea Agreement is filed in open court. Mr. Hared is sworn and queried as to his background, physical and mental condition, and understanding of the proceedings. He is advised of his rights, the possible consequences of the entry of a guilty plea, and the maximum penalties associated with the offense.

The government provides a brief statement of the elements of the offense and of the facts it would be prepared to prove at any trial of this matter. Defense counsel concurs with the statement of the elements and confirms that there is a factual basis for the plea.

Defendant Pleads GUILTY to Counts 1 and 5 of the Indictment. The plea is accepted as knowing, voluntary, and supported by an independent basis in fact.

Defendant is continued on pretrial release and admonished as to the importance of full compliance with the conditions of release.

**CASE CONTINUED TO:  January 9, 2020 at 1:30 p.m. for status conference.**